UNITED STATESDISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

_____X
In re BEXTRA AND CELEBREX MARKETING,　　　STIPULATION OF
SALES PRACTICE, AND PRODUCT LIABILITY　　　DISMISSAL
LITIGATION　　　　　　　　　　　　　　　　　　WITH PREJUDICE
_____X

This Document Relates to:
Vernice Brasher　　　　06-3494 CRB
_____X

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties and/or their counsel in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of this action, the above-captioned action brought by Plaintiff, VERNICE BRASHER, be voluntarily dismissed with prejudice, and without costs to either party as against the other.

     **IT IS FURTHER HEREBY STIPULATED AND AGREED**, that this Stipulation may be filed with the Clerk of the Court without further notice to the parties herein.

Dated: August 29, 2006

_____　　　　　　_____
Todd S. Hageman　　　　　　　　　　　　　　Stuart Gordon
SIMON PASSANANTE, PC　　　　　　　　　　Gordon & Rees, LLP
701 Market Street, Suite 1450　　　　　　　　　Embarcadero Center West
St. Louis, Missouri 63101　　　　　　　　　　　275 Battery Street, Suite 2000
Phone: (314) 241-2929　　　　　　　　　　　　San Francisco, CA 94111
Fax: (314) 241-2029　　　　　　　　　　　　　(415) 986-5900
And　　　　　　　　　　　　　　　　　　　　(415) 986-8054
Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney, Suite 1800
Houston, TX 77010
Phone: (713) 751-0025
Fax: (713) 751-0030



So Ordered.

Date: __August 30, 2006__

